IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL R. SHOWALTER,

    Plaintiff,

v.

CHASE MANHATTAN/PROVIDIAN, a corporation, ASSET ACCEPTANCE, LLC, a Limited Liability Corporation, DISCOVER FINANCIAL SERVICES, a corporation, MBNA AMERICA, a corporation, SEARS, a corporation, and DOES 1 through 50, inclusive,

    Defendant.

No. C 05-00548 WHA

**ORDER ACKNOWLEDGING STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

    The Court is in receipt of parties stipulation extending time for defendants to respond to complaint. Parties are to be advised that this stipulation may not affect any of dates in the Court's first amended case management order, filed on June 16, 2005.

    **IT IS SO ORDERED.**

Dated: July 5, 2005.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE