IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL R. SHOWALTER,<br><br>    Plaintiff,<br><br>  v.<br><br>CHASE MANHATTAN/ PROVIDIAN, a corporation; ASSET ACCEPTANCE, LLC, DISCOVER FINANCIAL SERVICES, a corporation; MBNA AMERICA, a corporation; SEARS, a corporation.<br><br>    Defendant.<br>_____/ | No. C 05-00548 WHA<br><br>**ORDER REQUESTING STIPULATED DISMISSAL** |

It is the Court's understanding that a settlement was reached prior to a scheduled mediation session on August 26, 2005. Accordingly, the parties are requested to submit a stipulated dismissal of all claims by **SEPTEMBER 23, 2005**, so the Court may issue an order instructing the Clerk to officially close the case file.

**IT IS SO ORDERED.**

Dated: September 1, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE