1  GEORGE G. WEICKHARDT (SBN 58586)
   GLEN H. ISAACS (SBN 139931)
2  ROPERS, MAJESKI, KOHN & BENTLEY
3  333 Market Street, Ste. 3150
   San Francisco, California 94105
4  Telephone: (415) 543-4800
   Facsimile: (415) 274-6301
5

6  Attorneys for Defendants
   CHASE BANK USA, N.A., erroneously sued herein
7  as CHASE MANHATTAN BANK USA, N.A., and
   MBNA AMERICA BANK, N.A.
8
              UNITED STATES DISTRICT COURT
9
              NORTHERN DISTRICT OF CALIFORNIA
10

11

12 | DANIEL R. SHOWALTER,                            | CASE NO. C05-00548 WHA
13 |                     Plaintiff,                  |
14 |        v.                                       | STIPULATED REQUEST FOR
   |                                                 | DISMISSAL; [PROPOSED] ORDER
15 | CHASE MANHATTAN BANK USA,                       | THEREON
   | N.A.; a corporation; ASSET
16 | ACCEPTANCE, LLC, a Limited Liability
   | Corporation; MBNA America, a
17 | corporation; and DOES 1 through 50,
18 | inclusive,
19 |                     Defendants.

20     The parties to the above-entitled action, Plaintiff DANIEL R. SHOWALTER and

21 Defendant CHASE BANK USA, N.A., formerly known as CHASE MANHATTAN BANK

22 USA, N.A., Defendant MBNA AMERICA BANK, N.A. and Defendant ASSET ACCEPTANCE,

23 LLC, pursuant to the herein stipulation, request the dismissal of the entire action,

24  ///

25  ///

26  ///

27  ///

28

SF/187572 1/GHI                      - 1 -    STIPULATED REQUEST FOR DISMISSAL;
                                              [PROPOSED] ORDER THEREON
                                              (CASE NO. C05-00548 WHA MED)

1  WITH PREJUDICE, each Party to bear his or its own attorneys' fees and costs.

2  Dated: September ___, 2005        DUN & MARTINEK LLP

4                                    By:_____
5                                        RANDALL H. DAVIS
                                         Attorneys of Record for Plaintiff
6                                        DANIEL R. SHOWALTER

8  Dated: September 23, 2005         PARIS and PARIS

10                                   By:_____
                                         JEFFREY A. PARIS
11                                       Attorneys of Record for Defendant
                                         ASSET ACCEPTANCE, LLC

13 Dated: September ___, 2005        ROPERS, MAJESKI, KOHN & BENTLEY

16                                   By:_____
                                         GEORGE G. WEICKHARDT
17                                       GLEN H. ISAACS
                                         Attorneys for Defendants
18                                       CHASE BANK USA, N.A, formerly known as
                                         CHASE MANHATTAN BANK USA. N.A., and
19                                       MBNA AMERICA BANK, N.A.

21      **IT IS ORDERED** that this action is DISMISSED WITH PREJUDICE and that the

22 Parties hereto shall bear their respective attorneys' fees and costs.

23      **IT IS SO ORDERED.**

24 DATED: September 26, 2005
                                     _____
25                                   HON. WILLIAM H. ALSUP
                                     UNITED STATES DISTRICT COURT
26                                   NORTHERN DISTRICT OF CALIFORNIA

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

SF/187572.1/GHI                      - 2 -    STIPULATED REQUEST FOR DISMISSAL;
                                              [PROPOSED] ORDER THEREON
                                              (CASE NO. C05-00548 WHA MED)

WITH PREJUDICE, each Party to bear his or its own attorneys' fees and costs.

Dated: September 23, 2005

**DUN & MARTINEK LLP**

By: _/s/ Randall H. Davis_
RANDALL H. DAVIS
Attorneys of Record for Plaintiff
DANIEL R. SHOWALTER

Dated: September 23, 2005

**PARIS and PARIS**

By: _____
JEFFREY A. PARIS
Attorneys of Record for Defendant
ASSET ACCEPTANCE, LLC

Dated: September ___, 2005

**ROPERS, MAJESKI, KOHN & BENTLEY**

By: _/s/ Glen H. Isaacs_
GEORGE G. WEICKHARDT
GLEN H. ISAACS
Attorneys for Defendants
CHASE BANK USA, N.A, formerly known as
CHASE MANHATTAN BANK USA, N.A., and
MBNA AMERICA BANK, N.A.

**IT IS ORDERED** that this action is DISMISSED WITH PREJUDICE and that the Parties hereto shall bear their respective attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: _____
HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASE NAME: | Daniel R. Showalter v. Chase Manhattan Bank USA, N.A., et al. |
| ACTION NO.: | C05-00548 WHA—U.S.D.C., San Francisco |

### PROOF OF SERVICE

I am a citizen of the United States. My business address is 333 Market Street, Suite 3150, San Francisco, CA 94105. I am employed in the County of San Francisco where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as: **STIPULATED REQUEST FOR DISMISSAL; [PROPOSED] ORDER THEREON**

☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California.

☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

| **Attys. for Plaintiff SHOWALTER** | **Attys. for Defendant ASSET ACCEPTANCE, LLC** |
|---|---|
| Randall H. Davis, Esq.<br>DUN & MARTINEX LLP<br>2313 "I" Street (zip 95501)<br>P.O. Box 1266<br>Eureka, CA 95502<br>Tel: (707) 442-3791<br>Fax: (707) 442-9251<br>rhd@dunmartinek.com | Jeffrey A. Paris, Esq.<br>PARIS and PARIS<br>424 Pico Blvd.<br>Santa Monica, CA 90405-1197<br>Tel: (310) 392-8722<br>Fax: (310) 392-1768<br>jparis@Parisandparis.com |

☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 23, 2005, at San Francisco, California.

*/s/ Eleanor L. Mangonon*

SF/187572 1/GHI

- 3 -

STIPULATED REQUEST FOR DISMISSAL;
[PROPOSED] ORDER THEREON
(CASE NO. C05-00548 WHA MED)